CHARLES H. WILLIAMS, Respondent, *v.* THE VILLAGE OF PORT CHESTER, Appellant.

*Williams* v. *Village of Port Chester*, 97 App. Div 84, affirmed.
(Argued December 13, 1905; decided December 13, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 3, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Louis S. Phillips* and *Jerome A. Peck* for appellant.

*Frederick W. Sherman* for respondent.

Judgment affirmed, with costs ; no opinion
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

FANNY H. YOUNGS, Individually and as Executrix of THOMAS F. YOUNGS, Deceased, et al., Respondents, *v.* ADA C. YOUNGS, Individually and as Administratrix of the Estate of GRAHAM YOUNGS, Deceased, Defendant; GRAHAM YOUNGS et al., Appellants, and ALICE E. NASH et al., Respondents, Impleaded with Others.

*Youngs* v. *Youngs*, 102 App. Div. 444, affirmed.
(Argued November 27, 1905; decided December 15, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 11, 1905, which affirmed a judgment construing the will of Thomas F. Youngs, deceased, and directing a sale of real estate and distribution of the proceeds, entered upon the report of a referee.

*Abel Crook, Charles De Kay Townsend* and *Mortimer S. Brown* for appellants.

*John M. Bowers* and *Charles P. Northrop* for respondents.

*Eliot Norton* for Lavine G. Meyer, respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.